1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11                                            No. 2:23-cv-01255-TLN-KJN

      IN RE:  STEVEN WAYNE BONILLA
12                                            No. 2:23-cv-01256-TLN-KJN
13                                            No. 2:23-cv-01257-TLN-KJN
14                                            No. 2:23-cv-01258-TLN-KJN
15                                            No. 2:23-cv-01259-TLN-KJN
16                                            No. 2:23-cv-01260-TLN-KJN
17                                            No. 2:23-cv-01269-TLN-KJN
18                                            No. 2:23-cv-01272-TLN-KJN
19                                            No. 2:23-cv-01274-TLN-KJN
20                                            No. 2:23-cv-01275-TLN-KJN
21                                            **ORDER**
22
23

24          Plaintiff is a state prisoner, proceeding without counsel, in these civil actions.  On

25   November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-

26   KJN.  On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No.

27   2:18-cv-2544-TLN-KJN.  Pursuant to the amended vexatious litigant order, all new cases filed by

28   Plaintiff related to his Alameda County conviction will be dismissed and closed.

                                              1

1    Pursuant to the amended vexatious litigant order, the undersigned reviewed the

2 complaints/petitions filed in the cases listed in the caption above.  The Court finds the

3 complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's

4 Alameda County conviction.

5    Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01255, 2:23-cv-01256, 2:23-cv-

6 01257, 2:23-cv-01258, 2:23-cv-01259, 2:23-cv-01260, 2:23-cv-01269, 2:23-cv-01272, 2:23-cv-

7 01274 and 2:23-cv-01275 are DISMISSED; the Clerk of the Court is directed to close these cases;

8 no further filings will be accepted in any of the above referenced cases.

9    IT IS SO ORDERED.

10 Date:  August 4, 2023

11
                                        Troy L. Nunley
12                                     United States District Judge